

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-14-00752-CV

**HUMANA INSURANCE COMPANY,**
Appellant

v.

Dolores **MUELLER,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 376765
Honorable Tina Torres, Judge Presiding

# O R D E R

Sitting:   Marialyn Barnard, Justice
           Patricia O. Alvarez, Justice
           Jason Pulliam, Justice

      The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Jason Pulliam, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court